UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD S. CURRIER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GRACE KIM, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-10049-WLH (JDE)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order Regarding Complaint issued by the assigned magistrate judge (Dkt. 5) and the Report and Recommendation of the magistrate judge (Dkt. 8, "Report"). No party filed a timely objection to the Report. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Plaintiff's IFP Request (Dkt. 3) is **DENIED** and Judgment shall be entered dismissing this action without prejudice.

Dated: December 23, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE