JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD S. CURRIER, | ) | No. 2:25-cv-10049-WLH (JDE) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| GRACE KIM, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY **ORDERED**, **ADJUDGED**, and **DECREED** that this action is dismissed without prejudice.



Dated: December 23, 2025

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE